IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR247 |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD DAVIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to dismiss Count II of the indictment (Filing No. 65); motion to suppress evidence and request for Franks hearing (Filing No. 67); motion to suppress (Filing No. 106); findings and recommendation of the magistrate judge (Filing No. 119); findings and recommendation (Filing No. 130); objection to findings and recommendation (Filing No. 136); objection to findings and recommendation (Filing No. 140), and findings and recommendation of the magistrate judge that the motion to suppress evidence and request for Franks hearing be denied (Filing No. 142).

The Court has reviewed the motions, the objections, and the findings and recommendations of the magistrate judge, and finds the motions should be denied; the objections overruled, and the findings and recommendations of the magistrate judge should be approved and adopted.

The Court has also been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED:

1) The motion to dismiss (Filing No. 65) is denied;

2) The motion to suppress (Filing No. 67) is denied;

3) The motion to suppress (Filing No. 106) is denied;

4) The objection to findings and recommendation (Filing No. 136) is overruled;

5) The objection to findings and recommendation (Filing No. 140) is overruled;

6) The findings and recommendations (Filing No. 119; Filing No. 130; and Filing No. 142) are approved and adopted.

7) The Rule 11 hearing is scheduled for:

**Tuesday, April 19, 2016, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to finalize plea negotiations and it will accommodate the schedule of counsel and of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 12, 2016, and April 19, 2016, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 12th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court